# Stein & Wiener & Roth, L.L.P.
*ATTORNEYS AT LAW*

| | | |
|---|---|---|
| Howard H. Stein | | of Counsel |
| Gerald Roth * | | Mitch Alter |
| Edward Wiener | | James Birch |
| Robert C. Sambursky | | Craig D. Zim |
| Pranali Datta | | |

*Also admitted in New Jersey

July 17, 2008

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Attn:  Motion Clerk

RE:   WILLIAM ROBERT PAWSON
      Chapter 13 Case No. 05-18439-MG
      S/W/R File No. FCHASE 51067

Dear Sir/Madam:

Please be advised that our office represents JPMORGAN CHASE BANK, N.A. f/k/a JPMORGAN CHASE BANK.  A Notice of Motion for Relief from the Automatic Stay was submitted to Court on June 20, 2008,  and a hearing on the underlying motion is scheduled to be heard before Judge Glenn on July 24, 2008,  at 10:00 a.m. at the Courthouse located in New York, New York.

We respectfully request that the Notice of Motion be withdrawn.

If you have any questions, please contact our offices.   Your courtesies and cooperation are greatly appreciated.

Very truly yours,

/s/ Pranali Datta
PRANALI DATTA
PD:ca

Page –2-
July 17, 2008

cc: United States Trustee
    Jeffrey L. Sapir, Esq. - Trustee
    David B. Shaev, Esq. – Debtor's Attorney
    William Robert Pawson - Debtor