# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

EDWARD J. LESNIAK
DIRECT DIAL NUMBER
(312) 840-7007
elesniak@burkelaw.com

October 27, 2008

BY ELECTRONIC FILING AND FIRST CLASS MAIL

The Honorable Martin Glenn
United States Bankruptcy Court
  for the Southern District of New York
615-3 Alexander Hamilton Customhouse
One Bowling Green
New York, NY 10004-1408

    Re:   In Re William Robert Pawson
           Case No. 05-18439

Dear Judge Glenn:

     As you know, we represent JPMorgan Chase Bank in this matter. This letter is written pursuant to the Court's direction set forth in the Scheduling Order dated October 20, 2008.

     After the hearing in this matter on August 13, 2008, the U.S. Trustee sent a letter to Chase dated August 20, 2008 that asked Chase to address certain issues that had been the subject of the August 13, 2008 hearing. It became apparent that Chase would not be able to respond to the August 20, 2008 letter in time to meet the August 27, 2008 deadline established by the Court. Therefore, on August 26, 2008, Chase filed a letter with the Court requesting that the deadline be extended to September 9, 2008. Chase's letter of August 26, 2008 was written after discussions with, and with the consent of, the U.S. Trustee. The Court extended the deadline to September 9, 2008.

     On August 28, 2008, Chase delivered a letter to the U.S. Trustee that responded to the matters identified in the Trustee's August 20, 2008 letter. On September 5, 2008, the Trustee wrote back to Chase in a letter that requested three categories of documents and information. However, it was apparent that Chase would not have adequate time to respond to the September 5, 2008 letter in order to meet the September 9, 2008 deadline.

     Chase's counsel and Ms. Serene Nakano from the U.S.Trustee's office called the Court's chambers on September 5, 2008 to request a telephone conference with the Court to discuss the pending September 9, 2008 deadline. The parties were advised that the Court would get back to counsel. Later that day, counsel for Chase received a phone call from Ms. Nakano informing

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

The Honorable Martin Glenn
October 27, 2008
Page 2

him that the Court had called to advise her that a phone conference was not necessary, that the parties should continue to work toward a resolution of the matter, and need communicate with the Court only if the matter were resolved, could not be resolved, or if further direction were needed. The September 9, 2008 deadline passed without the Court setting a new deadline.

The parties continued to communicate regarding Chase's response to the September 5, 2008 letter. Target dates for Chase's response were established, but then extended. On October 16, 2008 Chase delivered a letter to the Trustee that comprehensively responded to the three categories of documents and information requested in the Trustee's letter of September 5, 2008. Chase reasonably believes that it has now provided all of the documents and information requested by the Trustee to resolve this matter. However, at this time, Chase is awaiting a response from the Trustee to its letter of October 16, 2008.

Sincerely yours,

Edward J. Lesniak

EJL:mc
cc:  Serene Nakano (for U.S. Trustee) Via E-Mail
     Ed Weiner (for Chase) Via E-Mail
     David Shaev (for Debtor) Via E-Mail
     Jody L. Kava (Chapter 13 Trustee) Via E-Mail